FILED
CLERK, U.S. DISTRICT COURT

8/28/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ESPARZA,<br><br>Defendant. | Case No. 2:22-CR-00312<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 28, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on July 22, 2025. Mario Esparza, with the Federal Public Defender's Office, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Frances Lewis.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ the petition alleges that Defendant failed to complete a mental health evaluation, failed to report for drug testing, tested positive for drugs, and report as instructed. In addition, the Defendant has a history of substance abuse and mental health issues.

B.   ☐   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☐ ;

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 28, 2025

                                               /s/
                            MICHAEL B. KAUFMAN
                UNITED STATES MAGISTRATE JUDGE